# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GONZALEZ SALAZAR, | Case No. 1:19-cv-00517-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 10) |
| Defendant. | |

Luis Gonzalez Salazar ("Plaintiff") filed this action on April 19, 2019, challenging the denial of an application for disability benefits pursuant to the Social Security Act.. (ECF No. 1.) On November 5, 2019, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 18.) Pursuant to the terms of the stipulation, upon remand to the agency, the Defendant shall conduct any necessary further proceedings and issue a new decision.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Luis Gonzalez Salazar and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **November 6, 2019**

UNITED STATES MAGISTRATE JUDGE